# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129953

ANTHONY E. LAMAR,
       Plaintiff-Appellant,

v

SC: 129953
COA: 262800
Ingham CC: 04-000787-AA

DEPARTMENT OF CORRECTIONS,
       Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

d0221